FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES DENISON, a single man,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:20-CV-00006-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal, ECF No. 26. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court dismisses this action and closes the file.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal, ECF No. 26, is **GRANTED**. The above-captioned matter is **DISMISSED** with prejudice and without fees or costs to either party.

2. Any pending pretrial motions are **STRICKEN**. All pretrial motions deadlines are **STRICKEN.**

3. The trial date is **STRICKEN**.

//
//
//
//

**ORDER DISMISSING CASE** * 1

4. The above-captioned matter is **CLOSED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and Ms. Hunter, and **CLOSE** the file.

**DATED** this 26th day of March 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE * 2**